ORIGINAL

FILED
U.S. DISTRICT COURT

2010 SEP 16 PM 4:50

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DERRICK B. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 310-063 |
| | ) | |
| TOM GRAMIAK, Warden, Montgomery State Prison, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion to proceed *in forma pauperis* is **DENIED** (doc. no. 3), the motion to amend is **MOOT** (doc. no. 2), and this case is **DISMISSED** without prejudice. If Plaintiff wishes to proceed with the claims raised in this action, he must resubmit a new complaint along with the full filing fee. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002) (*per curiam*).

SO ORDERED this 16th day of September, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE